**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 632 EAL 2019

               Respondent :

                              : Petition for Allowance of Appeal
                              : from the Order of the Superior Court

               v. :

:

KENNY WHITE, :

:

               Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.